IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-111-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MAURIO TAJARA MITCHELL, | ) | |
| | ) | |
| Defendant. | ) | |

The court hereby designates United States Magistrate Judge James E. Gates to hold a hearing and decide whether a potential or actual conflict exists concerning attorney Ralph K. Frazier, Jr.'s representation of defendant Maurio Tajara Mitchell. See 28 U.S.C. § 636(b)(1); Wheat v. United States, 486 U.S. 153, 160–64 (1988); Strickland v. Washington, 466 U.S. 668, 692 (1984); United States v. Lozano, 158 F. App'x 632, 636–37 (5th Cir. 2005) (unpublished); United States v. Grieg, 967 F.2d 1018, 1022–24 (5th Cir. 1992).

SO ORDERED. This 3 day of June 2016.

JAMES C. DEVER III
Chief United States District Judge