UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NUMBER: 5:16-CR-111-1D

UNITED STATES OF AMERICA

VS.                                                                    ORDER

MAURIO TAJARA MITCHELL

IT IS HEREBY ORDERED that the following Government Exhibits be returned to _Leslie Cooley_ and remain in his or her custody through the time of sentencing and any proceeding on appeal or review.

| EXHIBIT # | EXHIBIT DESCRIPTION |
|---|---|
| 17 | Erwin Road apartment key |
| 19 | Mitchell credit card |
| 22 | Mitchell Emerald Club card |
| 32 | Men's diamond-encrusted Breitling watch |
| 33 | Diamond-encrusted cross necklace |
| 34 | Diamond-encrusted dog-tag bracelet |
| 35 | Diamond-encrusted dog-tag necklace |
| 36 | Diamond pinkie ring |
| 37 | Diamond-encrusted Jesus pendant |
| 39 | Glock 27 |
| 40 | FN Herstal 5.7 |

THIS 14th DAY OF DECEMBER 2017.

Signature

JAMES C. DEVER III
CHIEF U.S. DISTRICT JUDGE