IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-111-D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| MAURIO TAJARA MITCHELL, | ) |
| | ) |
| Defendant. | ) |

On September 17, 2021, the Fourth Circuit affirmed Maurio Tajara Mitchell's ("defendant" or "Mitchell") conviction and sentence on direct appeal [D.E. 602, 603]. On September 24, 2025, Mitchell, proceeding pro se, filed a motion to receive his criminal complaint and affidavit without paying a fee [D.E. 619].

"An indigent is not entitled to a transcript at government expense without a showing of need, merely to comb the record in the hope of discovering some flaw." United States v. Shoaf, 341 F.2d 832, 833-34 (4th Cir. 1964). Mitchell has failed to show a particularized need for the criminal complaint or the affidavit.

In sum, to the extent defendant seeks to obtain his criminal complaint and affidavit without charge, the court DENIES as meritless his motion [D.E. 619]. Defendant may write his former appellate counsel and request copies of the documents.

SO ORDERED. This _1_ day of October, 2025.

JAMES C. DEVER III
United States District Judge